UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILADELFO NAVAS QUEVEDO (A-221-363-658),

Petitioner,

v.

DIRECTOR, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-5781 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On July 27, 2026, respondents filed an opposition to the petition. (ECF No. 4.) Petitioner is granted ten days to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's reply/traverse to respondents' opposition, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss.

///

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: July 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/quev5781.100.2241.imm